Date: 02/28/10　　　　　　　　　　DIVIDENDS REMITTED TO THE COURT　　　　　Page: 1

Case Number 08-11277 - ROSENBERG, AYLA R

| Creditor | Claim No. | Amount Allowed | Amount Paid | |
|---|---|---|---|---|
| Chase Bank USA, NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | 000004 | 2,727.23 | 4.05 | ck 105 |
| AMERICAN EXPRESS CENTURION BANK<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN PA 19355-0701 | 000014 | 1,894.51 | 2.81 | ck 110 |

---------- Remittance Total ---------------　　　　　　　　　　4,621.74　　　6.86

_____
TRUSTEE VIRGIL E. BROWN, JR., Trustee

